## JONATHAN EASTMAN
v.
## DANIEL OTIS DUNHAM

### 1811

#### JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . *Journal, infra,* \*p. 396

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . .